UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SARAH DUNCAN, RICHARD SILVER, ANTHONY WEISSENBURGER, JUDY WEISSENBURGER, KEVIN FRY, SHAUN COONEY, CLINTON STEWART and MICHELLE LIM STEWART, individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>NISSAN NORTH AMERICA, INC., and, NISSAN MOTOR CO., LTD.<br><br>  Defendants. | Civil Action No. 1:16-CV-12120-DJS |

## NISSAN NORTH AMERICA, INC.'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(1), 12(b)(6) AND 9(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant Nissan North America, Inc. ("NNA") hereby moves pursuant to Rules 12(b)(1), 12(b)(6) and 9(b) of the Fed. R. Civ. P. to dismiss the Complaint plaintiffs have brought against it on the grounds that plaintiffs have failed to state a claim upon which relief can be granted, that this Court lacks subject matter jurisdiction for the declaratory judgment claims, that plaintiffs have failed to plead their claims sounding in fraud with requisite particularity, that plaintiffs have failed to plead a failure to disclose a material fact as required by the state consumer protection statutes, that plaintiffs have failed to state a claim for breach of contract, and that plaintiffs have failed to state a claim for unjust enrichment. NNA further relies upon the memorandum of law in support of the motion and the exhibits attached thereto.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), NNA respectfully requests oral argument because it believes such argument will assist the Court in ruling on its Motion.

**NISSAN NORTH AMERICA, INC.**
By its Attorneys

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

　　　*/s/ Eric M. Apjohn*
James M. Campbell, BBO #541882
Eric M. Apjohn, BBO # 676055
One Constitution Center
Boston, MA  02129
617-241-3000
jmcampbell@campbell-trial-lawyers.com
eapjohn@campbell-trial-lawyers.com

DRINKER BIDDLE & REATH LLP
E. Paul Cauley (*pro hac vice forthcoming*)
Vance Wittie (*pro hac vice forthcoming*)
1717 Main St., Suite 5400
Dallas, TX  75201
Telephone:  (469) 357-2500
Facsimile:  (469) 327-0860
Email:  vance.wittie@dbr.com

## CERTIFICATE OF SERVICE

I, Eric M. Apjohn, hereby certify that on May 1, 2017, the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties and their counsel may access this filing through the court's CM/ECF system.

　　　/s/ Eric M. Apjohn