# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH DUNCAN, RICHARD SILVER, ANTHONY WEISSENBURGER, JUDY WEISSENBURGER, SHAUN COONEY, CLINTON STEWART, MICHELLE LIM STEWART, VINCENT CHIARELLI, PHILIP DRAGONETTI, MICHELE MASZON, LISA SUROWEIC and JOHN COMPTON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | C.A. NO. 1:16-CV-12120-DJC |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND FOR CLASS REPRESENTATIVE SERVICE AWARDS**

Pursuant to Fed. R. Civ. P. 23, Plaintiffs, by and through their undersigned counsel, respectfully move the Court: for an order (i) awarding Class Counsel attorneys' fee and expenses of $3,250,000; and (ii) awarding service awards of $5,000 to each of the 11 Class Representatives. In support of this motion, Plaintiffs submit the accompany Memorandum of Law and the Joint Declaration of Gary S. Graifman and Howard T. Longman.

Dated: July 21, 2020

Respectfully submitted,

*/s/ Adam M. Stewart*
Adam M. Stewart (BBO #661090)
SHAPIRO HABER & URMY LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
Telephone: 617-439-3939

astewart@shulaw.com

*Liaison Counsel for the Class*

Gary S. Graifman
Jay I. Brody
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Telephone: 845-356-2570
ggraifman@kgglaw.com
jbrody@kgglaw.com

Howard Longman
Patrick Slyne
STULL, STULL & BRODY
6 East 45th Street, Fifth Floor
New York, NY 10017
Telephone: 212-687-7230
hlongman@ssbny.com
pkslyne@ssbny.com

*Counsel for Plaintiffs and the Settlement Class*

**LOCAL RULES 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs conferred with counsel for Defendant before filing this motion and Defendant do not oppose this motion.

Dated: July 21, 2020        /s/ *Adam M. Stewart*
                            Adam M. Stewart

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 21, 2020.

*/s/ Adam M. Stewart*
Adam M. Stewart