UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH DUNCAN, RICHARD SILVER, ANTHONY WEISSENBURGER, JUDY WEISSENBURGER, SHAUN COONEY, CLINTON STEWART, MICHELLE LIM STEWART, VINCENT CHIARELLI, PHILIP DRAGONETTI, MICHELE MASZON, LISA SUROWIEC, JOHN COMPTON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No. 1:16-CV-12120-DJC |

**ORDER REGARDING CLAIM FORMS TRANSMITTED
TO THE COURT FROM PUTATIVE CLASS MEMBERS**

In accordance with the Parties' Joint Motion seeking an Order governing the process of handling Claim Forms including supplemental materials attached in support thereof ("Claim Forms") transmitted directly to the Court from putative class members, and the Joint Motion being well taken, IT IS THEREFORE ORDERED:

1. Claim Forms transmitted to the Court directly from putative class members will no longer be accepted for filing.

2. Claim Forms that have previously been filed into the record will be transmitted by the Court to the Claims Administrator, Kurtzman Carson Consultants, LLC ("KCC"). Such Claim Forms will be sent to KCC by regular mail at the following address:

      **Nissan Timing Chain Litigation Claims Administrator**
      P.O. Box 43219
      Providence, RI 02940-3219

3.     Going forward, all Claim Forms received by the Court directly from putative class members shall be periodically sent to KCC by regular mail at the above address.

IT IS SO ORDERED.

This the   25th   day of   August  , 2020.

                                                 _____
                                                 The Honorable Denise J. Casper
                                                 United States District Court Judge