UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH DUNCAN, RICHARD SILVER, ANTHONY WEISSENBURGER, JUDY WEISSENBURGER, SHAUN COONEY, CLINTON STEWART, MICHELLE LIM STEWART, VINCENT CHIARELLI, PHILIP DRAGONETTI, MICHELE MASZON, LISA SUROWEIC and JOHN COMPTON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No. 1:16-CV-12120-DJC |

## ASSENTED-TO MOTION FOR APPROVAL OF SETTLEMENT WITH OBJECTOR BETH WILLIAMSON

Pursuant to Fed. R. Civ. P. 23(e)(5)(C) and Fed. R. Civ. P. 62.1(a), Plaintiffs Sarah Duncan, Richard Silver, Anthony Weissenburger, Judy Weissenburger, Shaun Cooney, Clinton Stewart, Michelle Lim Stewart, Vincent Chiarelli, Philip Dragonetti, Michele Maszon, Lisa Suroweic and John Compton (collectively, "Plaintiffs") respectfully move the Court for an Order approving the individual

settlement with Objector Beth Williamson ("Ms. Williamson"). In support of the motion, Plaintiffs state the following:

1. On August 25, 2020, this Court entered an Order approving the Settlement in the within class action and certifying the settlement class of owners of Class Vehicles in the States of Massachusetts, New York, New Jersey, Florida, Maryland, Colorado, Texas, Oregon and North Carolina. ECF No. 152. Final Judgment was entered by the Court on September 28, 2020. ECF No. 155.

2. On September 28, 2020, Ms. Williamson filed a notice of appeal of the Court's final approval order. ECF No. 154.

3. An individual settlement of $2,750 was reached with Ms. Williamson that involved reimbursement of some of the costs of the repairs she had made to her settlement class vehicle.

4. Fed. R. Civ. P. 23(e)(5) requires that the Court grant approval of any settlement with an objector.

5. Because Ms. Williamson's appeal was pending in the First Circuit, pursuant to Fed. R. Civ. P. 23(e)(5)(C) and Fed. R. Civ. P. 62.1(a), Plaintiffs previously filed with this Court an assented-to motion for indicative ruling that it would grant approval of the individual settlement with Ms. Williamson if the First Circuit remanded or dismissed the appeal. ECF No. 160.

6. The Court allowed the motion, finding that resolution of Ms. Williamson's appeal by way of an individual settlement would be in the best interest of the Class Members and that the Court "will grant the motion for approval of the settlement with [Ms. Williamson] if the Court of Appeals for the First Circuit remands for that purpose or, alternatively decides to dismiss the appeal. ECF No. 163.

7. On December 3, 2020, Ms. Williamson filed with the First Circuit a Notice of Withdrawal of Appeal. Exhibit A hereto.

8. On December 4, 2020, Plaintiff filed an assented-to motion with the First Circuit to dismiss Ms. Williamson's appeal so that this Court could approve the individual settlement with Ms. Williamson and the approval of the class action settlement could become final. Exhibit B hereto.

9. On December 9, 2020, the First Circuit dismissed Ms. Williamson's appeal, issued its mandate and the case was remanded to this Court. ECF Nos. 164-165.

10. In light of the forgoing, Plaintiffs now move this Court to grant approval of the individual settlement with Ms. Williamson. A proposed order is attached hereto as Exhibit C.

Dated:  January 7, 2021                        Respectfully submitted,

                                                */s/ Adam M. Stewart*
Adam M. Stewart (BBO #661090)
Shapiro Haber & Urmy LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
Telephone: 617-439-3939
astewart@shulaw.com

Gary S. Graifman
Jay I. Brody
**KANTROWITZ, GOLDHAMER &**
      **GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Telephone: 845-356-2570
ggraifman@kgglaw.com
jbrody@kgglaw.com

Howard Longman
Patrick Slyne
**STULL, STULL & BRODY**
6 East 45th Street, Fifth Floor
New York, NY 10017
Telephone: 212-687-7230
hlongman@ssbny.com
pkslyne@ssbny.com

*Counsel for Plaintiffs/Appellees
and the Settlement Class*

4

## LOCAL RULES 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs conferred with all parties before filing this motion and all parties assented to this motion.

|  |  |
|---|---|
| Dated: January 7, 2021 | */s/ Adam M. Stewart*<br>Adam M. Stewart |

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 7, 2021.

I further certify that a copy of this document was served by e-mail on January 7, 2021, on Objector/Appellant Beth Williamson at beth.sarah.williamson@gmail.com.

*/s/ Adam M. Stewart*
Adam M. Stewart