# Exhibit A

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

No. 20-1941
_____

VINCENT CHIARELLI; ANTHONY WEISSENBURGER; KEVIN FRY;
SHAUN COONEY; RICHARD SILVER; MICHELLE LIM STEWART;
MICHELE MASZON; SARAH DUNCAN; PHILIP DRAGONETTI;
LISA SUROWIEC; JOHN COMPTON; JUDY WEISSENBURGER;
CLINTON STEWART

Plaintiffs - Appellees

v.

NISSAN NORTH AMERICA

Defendant - Appellee

NISSAN MOTOR CO., LTD.

Defendant

BETH WILLIAMSON

Interested Party – Appellant
_____

## NOTICE OF WITHDRAWAL OF APPEAL

Interested Party-Appellant, Beth Williamson, hereby gives notice to the Court and Appellees that she hereby withdraws her Notice of Appeal filed on September 28, 2020 and requests that the within appeal be dismissed.

Dated: December 3, 2020.

Respectfully submitted,

*/s/ Beth Williamson*
Beth Williamson, *pro se*
1520 NE 4th Place
Fort Lauderdale, FL 33301
(954) 336-4125
beth.sarah.williamson@gmail.com

### CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on all counsel of record on December 3rd, 2020.

*/s/ Beth Williamson*
Beth Williamson, *pro se*