# Exhibit C

# UNITED STATED DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH DUNCAN, RICHARD SILVER, ANTHONY WEISSENBURGER, JUDY WEISSENBURGER, SHAUN COONEY, CLINTON STEWART, MICHELLE LIM STEWART, VINCENT CHIARELLI, PHILIP DRAGONETTI, MICHELE MASZON, LISA SUROWEIC and JOHN COMPTON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No. 1:16-CV-12120-DJC |

## [PROPOSED] ORDER ON PLAINTIFFS' ASSENTED-TO MOTION FOR APPROVAL OF SETTLEMENT WITH OBJECTOR BETH WILLIAMSON

THIS MATTER having come before the Court by way of Plaintiffs' Assented-to Motion for Approval of Settlement with Objector Beth Williamson pursuant to Fed. R. Civ. P. 23(e) and Fed. Rule Civ. P. 62.1 for consideration and approval of the parties' settlement with individual objector/appellant Beth Williamson.

WHEREAS, the Court granted final approval of the Class Settlement and entered an Order granting Final Approval on August 25, 2020 (ECF 152);

WHEREAS, Ms. Williamson timely filed a notice of appeal in the Court of Appeals for the First Circuit of the Final Approval Order and Judgment;

WHEREAS, Plaintiffs Sarah Duncan, Richard Silver, Anthony Weissenburger, Judy Weissenburger, Shaun Cooney, Clinton Stewart, Michelle Lim Stewart, Vincent Chiarelli, Philip Dragonetti, Michele Maszon, Lisa Suroweic and John Compton, individually and on behalf of others similarly situated reached an individual settlement agreement with Ms. Williamson;

WHEREAS, the First Circuit has dismissed Ms. Williamson's appeal, and Plaintiffs have filed a motion, pursuant to Fed. R. Civ. P. 23(e), for approval of the individual settlement with Ms. Williamson;

WHEREAS, settlement of Ms. Williamson's objection and appeal is in the best interests of all Class Members;

IT IS ON THIS _____ day of _____, 2021 ORDERED and, ADJUDGED as follows:

The Court grants approval of the Settlement with Objector Beth Williamson.

_____
DENISE J. CASPER, U.S.D.J.